*E-Filed: June 18, 2014*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SON DANG,<br><br>   Plaintiff,<br> v.<br><br>RESIDENTIAL CREDIT SOLUTIONS,<br>INC., ET AL.,<br><br>   Defendants.<br>_____/ | No. C14-02587 HRL<br><br>**ORDER REFERRING CASE TO JUDGE WHYTE FOR RELATED CASE DETERMINATION** |

  The instant action is hereby referred to the judge presiding over *Dang v. J.P. Morgan Acquisition Corp., et al.*, C13-04626-RMW, for a determination as to whether the cases are related within the meaning of Civil Local Rule 3-12.

  **IT IS SO ORDERED.**

Dated: June 18, 2014

               _____
               HOWARD R. LLOYD
               UNITED STATES MAGISTRATE JUDGE

1  **C14-02587 HRL** Notice will be electronically mailed to:

2  Christian Crutchfield Chapman     cchapman@amslca.com, ahernandez@amslca.com

3  **Notice will be mailed to:**

4  Son P. Dang
   4134 Linetta Court
5  San Jose, CA 95148

6  **C13-004626 RMW** Notice will be electronically mailed to:

7  Christian Crutchfield Chapman     cchapman@amslca.com, ahernandez@amslca.com

8  Melissa Robbins Coutts     mcoutts@mccarthyholthus.com, cvnotice@mccarthyholthus.com, krincon@mccarthyholthus.com

10 **Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**