UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SON P. DANG<br><br>    Plaintiff,<br><br>v.<br><br>RESIDENTIAL CREDIT SOLUTIONS, INC.; JPMORGAN CHASE BANK, NATIONAL ASSOCIATION (fka EMC MORTGAGE, LLC); J.P. MORGAN MORTGAGE ACQUISITION CORP.; QUALITY LOAN SERVICE CORP.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. C-14-02587-RMW<br><br>**ORDER DENYING MOTION TO DISMISS AND DENYING MOTION TO REMAND**<br><br>[Re Docket Nos. 6, 18] |

    Plaintiff Son P. Dang filed a complaint in state court alleging seven causes of action relating to a mortgage involving defendants. Dkt. No. 1-2. Defendants removed to this court on the basis of diversity jurisdiction. Dkt. No. 1. Defendants then filed a motion to dismiss. Dkt. No. 6. Plaintiff filed a motion to remand. Dkt. No. 18. The parties then stipulated to plaintiff amending the complaint, and plaintiff filed the amended complaint on August 20, 2014. Dkt. No. 36. The parties agree that the motion to dismiss is rendered moot by the filing of the amended complaint, but plaintiff still pursues the motion to remand.

The initial complaint did not allege any federal causes of action, and was removed on the basis of diversity jurisdiction. Plaintiffs challenged that the amount in controversy requirement was met. The amended complaint includes a new claim for violation of 12 U.S.C. § 2605. The inclusion of this federal claim therefore gives this court federal question jurisdiction under 28 U.S.C. § 1331. Plaintiff even acknowledges this fact in the amended complaint: "Plaintiff is informed and believes that this Court has jurisdiction over this case pursuant to 28 U.S.C. § 1331." Dkt. No. 36 ¶ 12. Accordingly, plaintiff's motion to remand is DENIED, and defendants' motion to dismiss is DENIED as MOOT.

At the hearing, defendants orally moved for sanctions and costs for having to respond to the motion to remand, despite the express inclusion of a federal claim and statement of jurisdiction in the amended complaint. Defendants may file a brief of not more than three pages in length explaining any legal basis for sanctions under these circumstances and a declaration supporting the reasonableness of any claim for attorney's fees. The brief and declaration must be filed by September 15, and any opposition by plaintiff must be filed by September 22.

SO ORDERED.

Dated: September 3, 2014

_Ronald M. Whyte_
Ronald M. Whyte
United States District Judge